UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:09CR207-WEB

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL D. SPADACCINI, )<br>)<br>Defendant. ) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On November 23, 2009, this Court entered a Consent Order and Judgment of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon Defendant's plea of guilty to Count One in the Bill of Information and evidence already on record; and Defendant was adjudged guilty of the offense charged in that count. That Consent Order and Judgment included of a money judgment in the amount of $83,963.33, which represents the fees paid to Defendant's law firm in connection with his representation of Twister, Ornate Holdings, Absolute Health, Concorde, Bio-Heal Laboratories, Inc., and GTX Global Corp.

Between April 21 and October 19, 2010, the U.S. Attorney's Office received four checks in the aggregate total amount of $83,963.33, payable to the U.S. Treasury. On July 12, July 16, August 24, and October 20, 2010, respectively, this Court enter preliminary orders forfeiting these checks as substitute property pursuant to 21 U.S.C. § 853(p). Subsequently, as to each of these checks, the government published via www.forfeiture.gov, notice of forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days for a hearing to adjudicate the validity of any alleged legal interest in the property.

It appears from the record that no such petitions have been filed. Based on the record in this case, including Defendant's plea of guilty and the Consent Order and Judgment, the Court finds, in accordance with Rule 32.2(c)(2), that Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Orders of Forfeiture are confirmed as final. All right, title, and interest in the above property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law. The record shall reflect that the Consent Order and Judgment of Forfeiture has been satisfied.

This 7 January 2011.

W. Earl Britt
Senior U.S. District Judge