UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:09CR207-WEB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL D. SPADACCINI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's *pro se* motion to terminate supervised release pursuant to 18 U.S.C. § 3582(e). The United States Attorney and U.S. Probation are DIRECTED to file a response to the motion within 30 days of the date of this order.

This 4 April 2011.

_____
W. Earl Britt
Senior U.S. District Judge