UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:09CR207-WEB

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| MICHAEL D. SPADACCINI, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's *pro se* motion to terminate supervised release pursuant to 18 U.S.C. § 3582(e). As the court directed, the United States Attorney and U.S. Probation have filed responses to the motion. Both agencies consent to the motion. However, they correctly note that the motion is more properly considered as one for early termination of a term of probation pursuant to 18 U.S.C. § 3564(c). The court finds that defendant has served more than one year of probation and that termination of defendant's term of probation is warranted by defendant's conduct and the interest of justice. The motion is ALLOWED. Defendant's term of probation is TERMINATED, and defendant is DISCHARGED from supervision.

This 5 April 2011.

W. Earl Britt
Senior U.S. District Judge